United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1246EA

_____

United States of America,       *
                          *

        Appellee,       *     Appeal from the United States
                          *     District Court for the Eastern
   v.                    *     District of Arkansas.
                          *

Tina Yvette Lee, also known as   *      [UNPUBLISHED]
Tina Yvonne Lee,            *
                          *

        Appellant.      *

_____

Submitted: August 6, 1997
Filed: August 25, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Tina Yvette Lee, also known as Tina Yvonne Lee, appeals the drug-related sentence imposed by the district court under the sentencing guidelines. For reversal, Lee contends the district court improperly refused to grant Lee's motion for a downward departure. We reject Lee's argument. The record shows the district court considered Lee's individual circumstances and understood its authority to depart downward; thus, the district court's refusal to depart is not reviewable on appeal. See United States v. Hernandez-Reyes, 114 F.3d 800, 802-03 (8th Cir. 1997). We affirm Lee's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.